## THIRD DEPARTMENT, MAY, 1923.

JULIUS M. ROSENTHAL, Appellant, *v.* ELWOOD GERAGHTY, Respondent.

*Trial — verdict — where improper remarks of counsel deemed harmless — evidence.*

Appeal by the plaintiff from a judgment of the Sullivan County Court in favor of the defendant, entered in the office of the clerk of said county on November 22, 1922, upon the verdict of a jury, and also from an order denying plaintiff's motion for a new trial.

PER CURIAM: The car sold in September, 1920, was model forty-six for the year 1921. Proof of a drop of price in model forty-six for the year 1922 was not proof of a decrease in price of the article sold. The defendant was, therefore, entitled to a directed verdict. As the jury found only such a verdict as should have been directed, the unnecessary and improper remarks made by defendant's counsel were harmless. Judgment and order unanimously affirmed, with costs.

---

W. JOSEPH SHANLEY, Respondent, *v.* CHRISTINA MARSH, Appellant.

Appeal by the defendant from an order and judgment of the Rensselaer County Court, entered in the office of the clerk of said county on December 16, 1922, affirming a judgment of the City Court of Troy in favor of the plaintiff.

PER CURIAM: We are of the opinion that the evidence warrants the finding of employment of the plaintiff by the defendant, and that the judgment should be affirmed; but we do not approve of the manner in which the employment of the plaintiff was secured. Judgment and order unanimously affirmed, with costs.

---

Before STATE INDUSTRIAL BOARD, Respondent. NICOLLO CILLUFFO, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ESTELLE CHESHIRE, Claimant, Respondent, v. SIMON BAUMANN and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH FILIP, Claimant, Respondent, v. STERLING TOP AND EQUIPMENT COMPANY, and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

MAURICE J. GERSTENFELD, Respondent, v. NATIONAL-BEN FRANKLIN FIRE INSURANCE COMPANY, Appellant, and JACOB LOCKS, Respondent.— Judgment unanimously affirmed, with costs.

D. F. INGALLS, Respondent, v. HERBERT D. HOFFNAGLE, Appellant.— Judgment and order unanimously affirmed, with costs.